Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
Southern District of Georgia
Savannah Division

Jazzma Hall
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Savannah
Savannah Water Dept

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 4:24-cv-00229
(to be filled in by the Clerk's Office)

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2024 OCT -8 A 10:20 CLERK SO. DIST. OF GA.

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                Jazzma Hall
   Street Address      1113 E 33rd St
   City and County     Savannah ~~Ga 31404~~ Chatham
   State and Zip Code  Ga 31404
   Telephone Number    912 341 9166
   E-mail Address      Jazzma12@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

- Name: City of Savannah
- Job or Title (if known):
- Street Address: PO Box 1027
- City and County: Savannah Chatham
- State and Zip Code: Ga 31402
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 2**

- Name: Savannah Water Dept
- Job or Title (if known):
- Street Address: PO Box 1027
- City and County: Savannah Chatham
- State and Zip Code: Ga 31402
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**

- Name: Robert Boyce
- Job or Title (if known): Director
- Street Address: PO Box 1027
- City and County: Savannah Chatham
- State and Zip Code: Ga 31402
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name: Jacqueline Brotherson
- Job or Title (if known):
- Street Address: PO Box 1027
- City and County: Savannah Chatham
- State and Zip Code: Ga 31404
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[x] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Consumer bill of rights
3-311        42 US Code 12203   41 US Code 6503

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
These events took place in the City of Savannah

B.    What date and approximate time did the events giving rise to your claim(s) occur?
Between 2022 to now

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The defendants violated Consumers bill of rights. The right to be heard, that lead Robert Boyce retaliating and shutting off service. Not only did the retaliation stop there. I filed a petition. Not once but twice. The first petition was given to the defendant Robert Boyce. Then the second petition was sent certified. The next day the water company took out the meter. And never heard anything back about the petition. The bill have been getting paid with bonds. They were not being credited to the account for a whole year and a half. We disputed the account. That went ignored. I later sent in a payment in full of the disputed amount. It was cashed but the account was not credited. They failed / was unwilling to transfer the property into trust.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

We were denied our Consumer bill of rights. They made us feel because they were in a higher position. They can do anything want without Consequences. Because the higher City members had their back. The embarrassment when they kept sending someone out every other day to see if we used water.
The City taking away our free speech and due process

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The water back on. The account to a $0 balance
Stop retaliating and hanging up because of the conversation being had
The money spent on water $6000.
The emotional damage caused to the residents for the defendants neglect. $20,000.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/4/24

Signature of Plaintiff

Printed Name of Plaintiff: Jazzma Hall

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Jazzma Hall
1113 E 33rd St
Savannah Ga 31404

JACKSONVILLE FL 320
4 OCT 2024 PM 4 L

United States District Court
PO Box 8286
Savannah Ga 3412

31412-828686