AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAZZMA HALL,

    Plaintiff,

                              JUDGMENT IN A CIVIL CASE

    v.

                              CASE NUMBER: 4:24-cv-229

CITY OF SAVANNAH, SAVANNAH WATER DEPT, ROBERT BOYCE, JACQUELINE BROTHERSON.

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 10, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Amended Complaint is dismissed. This case stands closed.

Approved by: _____

January 30, 2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03